**Order entered November 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00717-CV

### JOE ERVIN LOCKRIDGE, Appellant

### V.

### STEPHANIE MARTIN, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02578**

## ORDER

By letter filed November 18, 2021, appellant informs the Court that the copy of appellant's motion for new trial included in the clerk's record in this appeal is incomplete. The motion consisted of six pages, and only the first two pages are in the record. Appellant also notes the record omits any order on the new trial motion.

We construe appellant's letter as a motion to supplement the clerk's record. We **GRANT** the motion and **ORDER** Dallas County District Clerk Felicia Pitre to

file, no later than November 29, 2021, a supplemental clerk's record containing a complete copy of appellant's six-page motion for new trial as well as a copy of any order on the motion. If no order exists, Ms. Pitre shall state so in writing.

In light of the incomplete record, we **RESET** the deadline for the filing of appellant's corrected brief to December 17, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties. We further **DIRECT** the Clerk of the Court to mail appellant a paper copy of the supplemental record upon its filing.

/s/    KEN MOLBERG
JUSTICE